UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CHAD HINES** | **CIVIL ACTION NO. 22-cv-3367** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **UNITED SERVICES AUTOMOBILE ASSOCIATION** | **MAGISTRATE JUDGE LEBLANC** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 26] previously filed herein, having thoroughly reviewed the record, and noting the lack of objection filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss filed by Defendant United Services Automobile Association [Doc. No. 23] is **GRANTED** and that all claims in this matter are **DISMISIED WITHOUT PREJUDICE.**

THUS DONE AND SIGNED at Monroe, Louisiana, this the 28th day of March 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE